ADOLPH OSBORG, Appellant, *v.* LESLIE HOFFMAN, Respondent.

Submitted January 11, 1939; decided February 21, 1939.

524

*C. Joseph Danahy* and *Benjamin R. Leinhardt* for appellant.
*William B. Davis, Theodore L. Karpf* and *James E. Turner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.